UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS ENRIQUE MARQUEZ ARZAPALA,

Petitioner(s),

v.

BRUCE SCOTT, et al.,

Respondent(s).

CASE NO. C26-3098-KKE

ORDER DENYING IN PART PETITIONER'S MOTION FOR TRO

Along with Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, he filed a motion for temporary restraining order ("TRO") requesting that the Court (1) enjoin the Government from transferring or removing him while his petition is pending and (2) require the Government to immediately release him or show cause within seven days why the writ should not issue. Dkt. Nos. 1, 2. The Court subsequently issued a scheduling order requiring that the Government provide notice to Petitioner of any intent to transfer him from this judicial district or remove him from the United States while the petition is pending, and ordering the Government to show cause within 14 days why the petition should not be granted. Dkt. No. 4. Petitioner's motion requests *ex parte* relief, noting that if he is transferred or removed the Court would lose jurisdiction over his petition. Dkt. No. 2 at 5.

The Court DENIES IN PART Petitioner's TRO motion to the extent it requests *ex parte* relief, finding that Petitioner has not met his burden to show that he will suffer irreparable harm

before the Government can be heard in opposition, given the Court's scheduling order requiring advance notice of any transfer or removal.

The Government shall respond to remainder of Petitioner's TRO motion in accordance with Federal Rule of Civil Procedure 65(b) and Local Rules W.D. Wash. LCR 65(b). The clerk is directed to RE-NOTE the TRO motion for September 2, 2026.

Dated this 31st day of August, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge