UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUIS ENRIQUE MARQUEZ ARZAPALA ,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondents.

Case No. 2:26-cv-03098-TMC

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The petition for writ of habeas corpus is DENIED. Petitioner is a Bond Denial Class member in *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025), *aff'd*, *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026). On that basis, this Court previously granted Petitioner relief in a prior habeas petition. *See Alvarado Carpio v. Hernandez*, No. 2:26-cv-02622-TMC, Dkt. 11 (W.D. Wash. July 30, 2026). In the prior petition, the Court directed Respondents to either release Petitioner or provide him a bond hearing under 8 U.S.C. § 1226(a) within seven days of receiving Petitioner's request. *Id.* at Dkt. 11. Petitioner alleges that he has yet to receive a bond hearing. Dkt. 1 at 8. Respondents assert, and Petitioner does not dispute, that he has yet to receive a bond hearing because he has yet to request a bond hearing. Dkt. 12 at 2; *see also* Dkt. 1 ¶ 9 ("He has never requested a bond or a bond hearing from an

Immigration Judge."). At this point, the government agrees that Petitioner is detained under § 1226(a) and is not creating any legal obstacle to Petitioner requesting and receiving a bond hearing. Petitioner therefore cannot show that his ongoing detention without an individualized custody determination violates either the Immigration & Nationality Act or the Fifth Amendment's due process clause.

The Court ORDERS as follows:

1. The petition for writ of habeas corpus (Dkt. 1) is DENIED.

2. The relief granted to Petitioner in his earlier habeas case, *Alvarado Carpio v. Hernandez*, No. 2:26-cv-02622-TMC, Dkt. 11 (W.D. Wash. July 30, 2026), remains in effect. Petitioner may request a bond hearing at any time.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to Petitioner at his last known address.

Dated this 13th day of October, 2026.

Tiffany M. Cartwright
United States District Judge